GRAVES, Presiding Justice,
specially concurring.
¶ 33. The majority correctly notes that the U.S. Constitution addresses the deprivation of liberty without due process of law. (Maj. Op. at ¶ 10). See U.S. Const, amends. V, XIV. Hence, the statement in the majority opinion that “the judge may not restrict the defendant’s personal liberty of free movement without following the due process which Cobb, McCreary, and Mackey established” is erroneous. (Maj. Op. at ¶ 26). These cases did not establish a right. They merely recognized one which already existed.
*448 CARLSON, P.J., DICKINSON, LAMAR, KITCHENS AND CHANDLER, JJ., JOIN THIS OPINION.